IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SAM MANNINO ENTERPRISES, INC., *et al.*, | No. 4:19-CV-02075 |
| Plaintiffs, | (Chief Judge Brann) |
| v. | |
| CIT RAILCAR FUNDING COMPANY, LLC, *et al.*, | |
| Defendants. | |

## ORDER

**MARCH 10, 2022**

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Defendants' motion for summary judgment (Doc. 34) is **GRANTED**;

2. Final Judgment is entered in favor of Defendants and against Plaintiffs; and

3. The Clerk of Court is directed to **CLOSE** this case.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge