UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SAM MANNINO ENTERPRISES INC., et al. | : | No. 4:19-CV-2075 |
| | : | |
| Plaintiffs, | : | (Judge Brann) |
| | : | |
| vs. | : | |
| | : | |
| CIT RAILCAR FUNDING COMPANY, LLC, et al. | : | |
| | : | |
| Defendants. | : | |

# JUDGMENT IN A CIVIL ACTION

The Court has ordered that (check one):

\_\_\_ the plaintiff _____ recover from the defendant _____ the amount of $_____dollars ($_____), which includes prejudgment interest at the rate of _____percent, plus post judgment interest at the rate of _____ per annum, along with costs.

\_\_\_ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant _____ recovery costs from the plaintiff _____.

  **X**   OTHER: Final judgment is entered in favor of Defendants and against Plaintiffs.

This action was:

\_\_\_\_ tried by a jury with Judge _____ presiding   and the jury has rendered a verdict.
\_\_\_\_ tried by Judge _____ without a jury and the above decision was reached.
 **X**   decided by Judge Matthew W. Brann pursuant to 3/10/2022 Memorandum Opinion and Order.

Dated: 3/10/2022                    Peter Welsh, Clerk of Court
                                    By: s/Lisa A. Gonsalves, deputy